O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHADALE L. WILLIAMS, | ) | NO. CV 14-4165-TJH (MAN) |
|        Petitioner, | ) | |
|    v. | ) | |
| LOS ANGELES SUPERIOR COURT, | ) | JUDGMENT |
|        Respondent. | ) | |

Pursuant to the Court's Order Dismissing Petition Without Prejudice And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: June 4, 2014.

*Margaret A. Nagle*
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE